**Marquis Aurbach Coffing**  **E-Filed: February 25, 2016**
Jack Chen Min Juan, Esq.
Nevada Bar No. 6367
Bryan M. Viellion, Esq.
Nevada Bar No. 13607
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jjuan@maclaw.com
bviellion@maclaw.com
  Attorneys for Creditors
  Brian A. Lemper, DO and Center for Surgical Intervention LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In Re:

ALBANO, HELENE PENNY,

Debtor.

Case No.:   BK-S-14199-mkn
Chapter:    7

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Marquis Aurbach Coffing ("MAC"), attorneys for Brian A. Lemper, DO and Center for Surgical Intervention LLC, hereby enter an appearance as counsel of record for Creditors and Parties-In-Interest in the above-entitled bankruptcy proceeding pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure.

Furthermore, MAC hereby requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

MAC:13584-008 2732748_1 2/25/2016 7:40 AM

All notices and copies in response to the foregoing and all notices required to be mailed to Brian A. Lemper, DO and Center for Surgical Intervention LLC by the Debtor, pursuant to FRBP 2002(g), should be directed to:

> Marquis Aurbach Coffing
> Attn: Bryan M. Viellion, Esq.
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> bviellion@maclaw.com
> Telephone: (702) 382-0711
> Facsimile: (702) 856-8945

Dated this 25th day of February, 2016.

                                      MARQUIS AURBACH COFFING

By    /s/ Bryan Viellion
      Jack Chen Min Juan, Esq.
      Nevada Bar No. 6367
      Bryan M. Viellion, Esq.
      Nevada Bar No. 13607
      10001 Park Run Drive
      Las Vegas, Nevada 89145
      Attorneys for Creditors
      Brian A. Lemper, DO and Center for Surgical Intervention LLC